IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

NICK MAKREAS,                                                            No. C 12-02836 RS

        Plaintiff,                                          **RECUSAL ORDER**

  v.

JP MORGAN CHASE BANK, N.A., et al.,

        Defendants.
_____/

    I hereby recuse myself from hearing or determining any matters which have been referred to me as District Judge in the above-entitled action. The Clerk of Court shall reassign the referred matters in this case to another District Judge.

IT IS SO ORDERED.

Dated: 6/5/12

                                    RICHARD SEEBORG
                                    UNITED STATES DISTRICT JUDGE