NELSON W. GOODELL, ESQ., SBN 264734
The Goodell Law Firm
5 Third Street, Suite 1100
San Francisco, CA 94103
(415) 495-3950 (office)
(415) 495-6900 (fax)

Attorney for Plaintiff
NICK MAKREAS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK MAKREAS, <br><br> Plaintiff, <br><br> v. <br><br> JPMORGAN CHASE BANK, N.A.; WASHINGTON MUTUAL BANK; CHASE HOME FINANCE, LLC; TITLE TRUST DEED SERVICE COMPANY; DOES 1 through 25 inclusive; <br><br> Defendants. | 3:12-cv-02836-EMC <br><br> Hon. Judge Edward M. Chen <br><br> **REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE ; ORDER** <br><br> Action Filed: June 1, 2012 <br><br> Case Management Conference: September 7, 2012 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

The plaintiff, NICK MAKREAS, requests that the Case Management Conference in this matter, which is currently scheduled for September 7, 2012, be continued at least 60 days. The plaintiff is attempting to resolve this matter without further litigation and, as such, has not served the complaint on file in this matter. If this matter cannot be resolved in the next several weeks, the Plaintiff will serve all applicable parties and proceed with this litigation.

| | |
|---|---|
| 1 | Respectfully Submitted, |
| 2 | **Date: August 30, 2012** |

                                                  */s/ Nelson W. Goodell*
                                                  NELSON W. GOODELL

IT IS SO ORDERED that the Case Management Conference is reset from 9/7/12 to 11/16/12 at 9:00 a.m.  A joint CMC Statement shall be filed by 11/9/12.

_____
Edward M. Chen
U.S. District Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen