NELSON W. GOODELL, ESQ., SBN 264734
The Goodell Law Firm
5 Third Street, Suite 1100
San Francisco, CA 94103
(415) 495-3950 (office)
(415) 495-6900 (fax)

Attorney for Plaintiff
NICK MAKREAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK MAKREAS,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A.; WASHINGTON MUTUAL BANK; CHASE HOME FINANCE, LLC; TITLE TRUST DEED SERVICE COMPANY; DOES 1 through 25 inclusive;<br><br>Defendants. | 3:12-cv-02836-EMC<br><br>Hon. Judge Edward M. Chen<br><br>**REQUEST TO RE-SCHEDULE CASE MANAGEMENT CONFERENCE**<br><br>Action Filed: June 1, 2012<br><br>Case Management Conference: November 16, 2012 |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

On August 30, 2012, the plaintiff, NICK MAKREAS, requested that the Case Management Conference in this matter, which was scheduled for September 7, 2012, be continued at least 60 days. The reason for the request was that the plaintiff is attempting to resolve this matter without further litigation and, as such, has not served the complaint on file in this matter. On August 31, 2012, this Court re-scheduled the case management conference to November 16, 2012 at 9:00 a.m.

- -

The plaintiff is still seeking to resolve this matter without further litigation. However, in the event that is not possible, the plaintiff requests that this matter be re-scheduled to either November 9, 2012, November 30, 2012, or another day that is convenient for the Court. The reason for this request is that plaintiff's counsel will be unavailable from November 12, 2012 to November 26, 2012. *See Docket No. 10, Notice of Unavailability of Counsel.*

Respectfully Submitted,

**Date: September 17, 2012**

/s/ Nelson W. Goodell
NELSON W. GOODELL

IT IS SO ORDERED that the CMC is reset to 11/30/12 at 9:00 a.m.

_____
Edward M. Chen
U.S. District Judge



IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen