**BRYAN CAVE LLP**
C. Scott Greene, California Bar No. 277445
Joseph J. Poppen, California Bar No. 239282
333 Market Street, 25th Floor
San Francisco, CA 94105
Telephone:    (415) 675-3400
Facsimile:    (415) 675-3434
Email:        scott.greene@bryancave.com
              joseph.poppen@bryancave.com

**BRYAN CAVE LLP**
Daniel T. Rockey, California Bar No. 178604
Bahareh Mostajelean, California Bar No. 258903
560 Market Street, Suite 2500
San Francisco, CA 94105
Telephone:    (415) 268-2000
Facsimile:    (415) 268-1999
Email:        daniel.rockey@bryancave.com
              bahareh.mostajelean@bryancave.com

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A and
CHASE HOME FINANCE, LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK MAKREAS,<br><br>        Plaintiff,<br><br>vs.<br><br>JP MORGAN CHASE BANK, N.A.; WASHINGTON MUTUAL BANK; CHASE HOME FINANCE LLC; TITLE TRUST DEED SERVICE COMPANY; DOES 1 through 25 INCLUSIVE, et al.,<br><br>        Defendants. | Case No. CV-12-2836 ~~RS~~  EMC<br><br>**[~~PROPOSED~~] ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT**<br><br>Complaint Filed:    June 1, 2012<br>Trial Date:         Not Assigned |

## [PROPOSED] ORDER

Based on the Joint Stipulation and [Proposed] Order to extend time for defendants to respond to the Complaint, IT IS HEREBY ORDERED THAT:

1) The deadline for defendants JPMORGAN CHASE BANK, N.A and CHASE HOME FINANCE, LLC to file a responsive pleading is continued until and including November 26, 2012.

SO ORDERED.

Date: _____Oct. 24_____, 2012

_____
Edward M. Chen
United States District Judge



IT IS SO ORDERED
Judge Edward M. Chen