**BRYAN CAVE LLP**
C. Scott Greene, California Bar No. 277445
Joseph J. Poppen, California Bar No. 239282
333 Market Street, 25th Floor
San Francisco, CA 94105
Telephone:   (415) 675-3400
Facsimile:   (415) 675-3434
Email:        scott.greene@bryancave.com
              joseph.poppen@bryancave.com

**BRYAN CAVE LLP**
Daniel T. Rockey, California Bar No. 178604
Bahareh Mostajelean, California Bar No. 258903
560 Market Street, Suite 2500
San Francisco, CA 94105
Telephone:   (415) 268-2000
Facsimile:   (415) 268-1999
Email:        daniel.rockey@bryancave.com
              bahareh.mostajelean@bryancave.com

Attorneys for Defendants
JPMORGAN CHASE BANK, N.A and
CHASE HOME FINANCE, LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK MAKREAS,<br><br>          Plaintiff,<br><br>vs.<br><br>JP MORGAN CHASE BANK, N.A.; WASHINGTON MUTUAL BANK; CHASE HOME FINANCE LLC; TITLE TRUST DEED SERVICE COMPANY; DOES 1 through 25 INCLUSIVE, et al.,<br><br>          Defendants. | Case No. 3:12-cv-02836 RS<br><br>**[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO JANUARY 11, 2013**   (as modified)<br><br>Complaint Filed:   June 1, 2012<br>Trial Date:          Not Assigned |

1 **[PROP~~O~~SED] ORDER**

2    Based on the Joint Stipulation and [Pro~~p~~osed] Order to Continue the Case Management

3 Conference to January 11, 2013, IT IS HEREBY ORDERED THAT:

4    1) The Case Management Conference currently set for November 30, 2012 is continued to

5 January ~~11~~ 17, 2013 at ~~1:30 p.m.~~ at 9:00 a.m.  A joint CMC Statement shall be filed by January 10, 2013.

7    SO ORDERED.

9 Date: _____October 30___, 2012



IT IS SO ORDERED AS MODIFIED

Judge Edward M. Chen

---

[PROPOSED] ORDER