NELSON W. GOODELL, ESQ., SBN 264734
The Goodell Law Firm
5 Third Street, Suite 1100
San Francisco, CA 94103
(415) 495-3950 (office)
(415) 495-6900 (fax)

Attorney for Plaintiff
NICK MAKREAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK MAKREAS,<br><br>Plaintiff,<br><br>v.<br><br>JPMORGAN CHASE BANK, N.A., CHASE HOME FINANCE, LLC, TITLE TRUST DEED SERVICE COMPANY, FIDELITY NATIONAL TITLE INSURANCE COMPANY, and all persons unknown claiming any legal or equitable right, title, estate, lien or interest in the property described in the complaint adverse to Plaintiff's title, or any cloud on Plaintiff's title thereto; and DOES 1-25, inclusive;<br><br>Defendants. | Case No: 12-02836<br><br>JOINT STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF LEAVE TO FILE A SECOND AMENDED COMPLAINT AND VACATING HEARINGS ON MOTIONS TO DISMISS THE FIRST AMENDED COMPLAINT |

2. All parties stipulate that upon the filing of Plaintiff's Second Amended Complaint, the pending January 17, 2013 Motions to Dismiss the First Amended Complaint be vacated;

3. Defendants' time to respond to the Second Amended Complaint will be governed by Federal Rule of Civil Procedure 15(a)(3) unless otherwise extended by stipulation or Court Order.

IT IS SO STIPULATED.

Dated: December 11, 2012

The Goodell Law Firm

By: _____

NELSON W. GOODELL
Attorney for Plaintiff
NICK MAKREAS

Dated: December 13, 2012

BRYAN CAVE

By: _____
JOSEPH POPPEN
Attorney for Defendants
JPMORGAN CHASE BANK, N.A.
and CHASE HOME FINANCE, LLC

Dated: December ___, 2012

By: _____
JASON JOSEPH STILLMAN
Attorney for Defendant
TITLE TRUST DEED SERVICE COMPANY

Dated: December 13, 2012

By: _____
RICHARD MCNEELY
Attorney for Defendant
FIDELITY NATIONAL TITLE INSURANCE COMPANY

## ORDER

Pursuant to the stipulation of the parties and good cause appearing therefore, the Second Amended Complaint, attached hereto as Exhibit A, is now deemed filed. The January 17, 2013 hearings on the Motions To Dismiss Plaintiff's First Amended Complaint are hereby vacated in light of the filing of the Second Amended Complaint. The Case Management Conference is reset from 1/17/13 at 1:30 p.m. to 9:00 a.m. A joint CMC statement shall be filed by 1/10/13.

Dated: December 17, 2012



_____
The Hon. Edward M. Chen
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED AS MODIFIED
Judge Edward M. Chen

- 4 -