United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICK MAKREAS, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>JP MORGAN CHASE BANK, N.A., et al.,<br><br>　　　　Defendants. | Case No.  12-cv-02836-JST<br><br>**ORDER VACATING HEARING**<br><br>Re: Dkt. Nos. 38, 41, 49, 65 |

A hearing on Defendants' motions to dismiss is scheduled for June 6, 2013. As the motions are suitable for determination without oral argument, the hearing is VACATED. See Civil L.R. 7-1(b).

**IT IS SO ORDERED**.

Dated: May 31, 2013

_____
JON S. TIGAR
United States District Judge